# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK STEWARD, by and through his guardian ad litem, SHANNIKKIA HOLLEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　　　　Defendant. | 1:09cv00886 DLB<br><br>ORDER GRANTING PETITION TO APPOINT GUARDIAN AD LITEM<br><br>(Document 5) |

　　　Petitioner Shannikkia Holley filed an application for appointment as the guardian ad litem for Roderick Steward, a minor and Plaintiff in the above-entitled action, on May 7, 2009. Defendant did not oppose the petition. The petition is therefore GRANTED nunc pro tunc.

　　　IT IS SO ORDERED.

　　　Dated:   **March 31, 2010**　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1